United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Upon majority vote of the Executive Committee, all motions falling within Criminal Local Rule 6-2 (b) filed between October 30, 2026, and midnight on November 6, 2026, are assigned to District Judge Vince Chhabria.

**IT IS SO ORDERED.**

Dated: October 30, 2026

ON BEHALF OF THE EXECUTIVE COMMITTEE, **Yvonne Gonzalez Rogers, Chief Judge**